ACCEPTED
06-14-00024-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/17/2015 12:21:28 PM
DEBBIE AUTREY
CLERK



JONATHAN J.
CUNNINGHAM
jjc@snlegal.com

Member of the
State Bar of Texas

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/17/2015 12:21:28 PM
DEBBIE AUTREY
Clerk

February 17, 2015

**VIA E-Filing**

Clerk of the Court,
Court of Appeals
Sixth Appellate District
State of Texas
100 North State Line Avenue #20
Texarkana, Texas 75501

      Re:     Appellate Case No. 06-14-00024-CV, *Hunt County Appraisal Dist. v. Horizons Ahead, L.L.C.,* Trial Court Case No. 79223

Dear Clerk:

Please allow this correspondence to serve as notice to the Court of Appeals that Appellee, Horizons Ahead, L.L.C. has decided to not file a Motion for Rehearing regarding the Opinion and Judgment issued by the Court of Appeals in this case on January 9, 2015.

          Respectfully submitted,

          **SHAMOUN & NORMAN, L.L.P.**

          By: /S/ Jonathan J. Cunningham
            **Jonathan J. Cunningham**
            State Bar No. 00793574
            jjc@snlegal.com

          1755 Wittington Place, Suite 200, LB 25
          Dallas, Texas 75234
          (214) 987-1745 (Telephone)
          (214) 521-9033 (Telecopier)

          ATTORNEYS FOR APPELLEE
          HORIZONS AHEAD, LLC

CC:

Via E-Service and E-Mail to bmetcalf@njdhs.com
Peter G. Smith, Esq.
Braden W. Metcalf, Esq.
1800 Lincoln Plaza
500 North Akard
Dallas, Texas 75201
(214) 965-9900
(214) 965-0010 fax